AOC-105
Rev. 1-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice   www.courts.ky.gov
CR 4.02; CR Official Form 1

**Case No.** 16-CI-01065

Court: ✔ Circuit ☐ District
County: Jefferson

**CIVIL SUMMONS**

**PLAINTIFF**

Clarissa
and
Donna Kirkpatrick

VS.

**DEFENDANT**

Goodwill Industries of Kentucky
909 E Broadway
Louisville   Kentucky   40204

Service of Process Agent for Defendant:
Kim                               Burse
1325 S 4th St.
Louisville                        Kentucky   40208

[Sheriff's return, handwritten, rotated:]
Served by delivering the within summons.
Sheriff Jefferson County, Ky.
By: [signature]  D.S.
3-25-16

Not found — Unable to locate named
Taylor  D.S.
SHERIFF, JEFFERSON COUNTY, KY.

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: MAR 23 2016

DAVID L. NICHOLSON, CLERK _____ Clerk
By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:
_____
this ____ day of _____, 2____.

Served by: _____
_____ Title



**JEFFERSON COUNTY, KENTUCKY**
**SHERIFF'S OFFICE**
**COL. JOHN E. AUBREY**
**SHERIFF**

Zip Code: 40208
Alt Zip Code:
Received Date: 3/23/2016   1:02:56

Civil Number: 2016014329    SQL

**\*2016014329\***

**SUMMONS-CIVIL**

Court Case Number: 16CI01065
Issued County: JEFFERSON
Court: CIRCUIT COURT
Serve By Date:
Court Date:
Court Time:

CLARISSA TAYLOR

GOODWILL INDUSTRIES OF KY

PTBS

Entered By: JINEAN MILLER
Last Modified:
Warrant Check?   Y   N
Warrant Hit?   Y   N
Warrant: _____

VS.

Name: **KIM BURSE**
Race: U          Sex: U           DOB:             Atty: FAUVER LAW OFFICE
Height:                            SSN:
               Weight: 0
ID Type:         ID State:         ID Number:
Local ID:        Moniker:

Hm Add: 1325 S 4TH ST

HM Phone: ()
**Alt Address:**
**ALT Phone:**
**Employer:**
Employer Address:
Alt Employer:
Alt Employer Address:

| | DATE | TIME | DEPUTY | REMARKS |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

Paid by: FAUVER LAW OFFICE
Date Paid: 3/23/2016   1:03:49PM
Collected By: JINEAN MILLER
Fee: $40.00    CK #: 10861
Amount Paid: $40.00

Served: Y  N  R
Date: 3-25-16
Time: 857
Arrest Code: 3529
Deputy Signature: _____

Date Returned to Court: _____
Reason: _____

MAR 25 2016

CASE NO. **16 CI 01065**                                JEFFERSON CIRCUIT COURT
                                                              DIVISION_____

CLARISSA TAYLOR                                                       PLAINTIFFS

And

DONNA KIRKATRICK

v.                          **VERIFIED COMPLAINT**

GOODWILL INDUSTRIES of KENTUCKY, INC  C/M
909 East Broadway
Louisville, Kentucky 40204

FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK
MAR 7 - 2016
BY _____
DEPUTY CLERK

**SERVE:**    Kim Burse
              1325 South Fourth Street
              Louisville, Kentucky 40208                      **DEFENDANT**

JURY FEE PAID

\*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiffs, Clarissa Williams and Donna Kirkpatrick, by and through counsel, and for their Complaint against the Defendant, Goodwill Industries of Kentucky, INC, states as follows:

1. At all times relevant herein, Plaintiffs, Clarissa Taylor, and Donna Kirkpatrick [hereafter, "Taylor, et al"], were residents of Louisville, Jefferson County, Kentucky.

2. At all times relevant herein, Defendant Goodwill Industries of Kentucky, INC., [hereafter, "Goodwill"], was and is a public not for profit corporation operating with the ambit of Goodwill Industries International, INC and whose operation and management is overseen by Goodwill Industries of Kentucky.

**PRELIMINARY STATEMENT**

Plaintiffs files this Complaint pursuant to the Title VI of the Civil Rights Act of 1964, as amended ("Title VI"), and the regulations promulgated thereunder, which prohibit discrimination based on race and color. Plaintiffs also files this Complaint pursuant to the Americans Disabilities Act of 1990 and the regulations promulgated thereunder, which prohibit discrimination based on physical or mental disabilities. As detailed in the Factual Allegations below:

1. Plaintiffs were former and/or current employees of Goodwill.

2. During the Plaintiffs employment at Goodwill, one or all of the Plaintiffs were under the supervision of Daryl Johnson, Monte Pleasant, and Tre Taylor at the Goodwill on East Broadway and the Mazzoli Federal Bulding, both located in Louisville, Kentucky.

3. From 2011 until 2015 one or more of the Plaintiffs have filed formal complaints with Goodwill and the U.S. Equal Employment Opportunity Commission (E.E.O.C) and OFCCP regarding sexual harassment and discrimination from Terry Smith, Daryl Johnson, Monte Pleasant, Carlos Keene and Tre Taylor.

4. During 2012, the Plaintiff, Clarissa Taylor and the Defendant attended a mediation ordered by the E.E.O.C to settle the complaint of sexual harassment and discrimination.

5. Also after the complaints, Goodwill then put up the required posters about complaints in the break rooms, which were to have been there the entire time.

6. During the mediation held in January of 2012, Goodwill agreed to protect the Plaintiff from discrimination and retaliation of any kind. Goodwill also agreed to provide the Plaintiff with 30 hours of work per week. The Plaintiff agreed to these terms while under duress. The Defendant then proceeded to breach the terms of that agreement.

7. During 2012 until 2015, Taylor et al, has filed additional complaints of sexual harassment and discrimination with Goodwill to which were either ignored or never thoroughly investigated.

8. Due to the filing of these complaints, Taylor et al, continued to be harassed, endured discriminatory practices, illegal pay decreases and disparity of treatment.

## COUNT I
## 42 U.S.C § 2000d

1. The Plaintiffs incorporates paragraphs 1-8 by references.

2. Pursuant to 42 U.S.C § 2009d, the Plaintiffs, are African-American women with disabilities employed with Goodwill is entitled to be free of discrimination.

3. By the acts and omission alleged in this Complaint, the Defendant has failed the women in the work place setting:

a) Subjecting the Plaintiffs to disparity of treatment solely due to their gender and disabilities.

b) Subjecting the Plaintiffs to harassment and reprisal solely due to their gender and disabilities.

4. The Defendant has displayed an inordinate and deliberate indifference to the civil liberties of the Plaintiffs.

5. The deliberate indifference of the Defendant stem from the policy, customs and practices of the Defendant Goodwill.

## COUNT II
## 42 U.S.C § 12101a-12102

6. The Plaintiffs incorporates paragraphs 1-7.

7. By the acts and omission alleged in this Complaint, the Defendants, action under the color of state law has failed to protect these women in the work place by:

a) Subjecting the Plaintiffs to discrimination solely due to their physical or mental disabilities and gender.

b) Subjecting the Plaintiffs to harassment and reprisal solely due to their physical or mental disabilities and gender.

8. The Defendant has displayed an inordinate and deliberate indifference towards the Plaintiff by creating a stressful and disturbing work environment.

9. The Defendant sought the Plaintiffs out for reprisal solely due their physical and mental disabilities and gender.

**WHEREFORE**, Plaintiffs, "Taylor, et all", by and through their Counsel, demands as follow:

1. A judgment in their favor against the Defendants herein for compensatory and exemplary damages;

2. For a trial by jury;

3. For their reasonable cost and attorney fees; and

4. For any and all other relief to which he may be entitled.

## VERIFICATION

I, Donna Fitzpatrick, state that I have read the foregoing Verified Complaint and statements contained therein are true to the best of my knowledge and belief.

*Donna Kirkpatrick*
Donna Kirkpatrick

Subscribed and sworn to before me by Donna Kirkpatrick on this 3rd day of February, 2016.
March

My commission expires: 9-16-16

_____
NOTARY PUBLIC, KY STATE AT LARGE

## VERIFICATION

I, Clarissa Taylor, state that I have read the foregoing Verified Complaint and statements contained therein are true to the best of my knowledge and belief.

*Clarissa Taylor*
Clarissa Taylor

Subscribed and sworn to before me by Donna Kirkpatrick on this 23rd day of February, 2016.

My commission expires: 9-16-16

_____
NOTARY PUBLIC, KY STATE AT LARGE

Respectfully Submitted,

_____

SHANNON FAUVER

DAWN R ELLIOTT

FAUVER LAW OFFICE

1752 Frankfort Ave.

Louisville, KY 40206

(502) 569-7710 – Office

(502) 899-2467 – Fax

dawn@fauverlaw.com

shannon@fauverlaw.com

fauverlaw.com – Web

*Counsel for Plaintiffs*